| | |
|---|---|
| 1 | DOUGLAS J. CLARK, State Bar No. 171499 |
| | CYNTHIA A. DY, State Bar No. 172761 |
| 2 | CAMERON P. HOFFMAN, State Bar No. 229316 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone:  (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100 |

JENNY L. DIXON, State Bar No. 192638
CLAUDIA MAIN, State Bar No. 212200
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, RAYMOND WU, H. GENE
McCOWN and JOHN T. ROSSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.: C-04-2297 SC |
| | STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO SECOND CONSOLIDATED AMENDED COMPLAINT; [PROPOSED] ORDER |
| This Document Relates To: | |
| CASE NOS. 04-2297-SC; 04-2298-SC; 04-2385-SC; 04-2410-SC; 04-2419-SC; 04-2425-SC; 04-2433-SC; 04-2474-SC; 04-2514-SC; 04-2525-SC; and 04-2570-SC | |

1  WHEREAS, on July 29, 2005, the Court issued its Order denying the Motion to Dismiss the Second Amended Consolidated Complaint (the "SAC") filed by Defendants OmniVision Technologies, Inc., Shaw Hong, Raymond Wu, H. Gene McCown and John T. Rossi (collectively, "Defendants");

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' response to the SAC is due on or about August 12, 2005;

WHEREAS, Lead Counsel for Plaintiffs has agreed to extend the time within which Defendants' response to the SAC shall be due;

THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE, subject to approval of the Court, that Defendants shall have until and including September 2, 2005 to respond to the SAC.

Dated: August 1, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Jenny L. Dixon
       JENNY L. DIXON

Attorneys for Defendants OMNIVISION TECHNOLOGIES, INC., SHAW HONG, RAYMOND WU, H. GENE McCOWN and JOHN T. ROSSI

Dated: August 1, 2005

MILBERG WEISS BERSHAD & SCHULMAN LLP


By: /s/ Elizabeth P. Lin
       ELIZABETH P. LIN

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

1  I, Jenny L. Dixon, am the ECF User whose identification and password are being used to
2  file this STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO SECOND
3  CONSOLIDATED AMENDED COMPLAINT; [PROPOSED] ORDER.  In compliance with
4  General Order 45.X.B, I hereby attest that Elizabeth P. Lin has concurred in this filing.

By: /s/ Jenny L. Dixon
JENNY L. DIXON

**IT IS SO ORDERED**:

Pursuant to the parties' stipulation, the Court hereby orders: Defendants OmniVision Technologies, Inc., Shaw Hong, Raymond Wu, H. Gene McCown and John T. Rossi shall have until and including September 2, 2005 to respond to the Second Consolidated Amended Complaint.

Dated: 8/3/05

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Samuel Conti]