DOUGLAS J. CLARK, State Bar No. 171499
JARED L. KOPEL, State Bar No. 126817
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

JENNY L. DIXON, State Bar No. 192638
CLAUDIA MAIN, State Bar No. 212200
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, RAYMOND WU, H. GENE
McCOWN and JOHN T. ROSSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.: C-04-2297 SC |
| This Document Relates To:<br>CASE NOS. 04-2297-SC; 04-2298-SC; 04-2385-SC; 04-2410-SC; 04-2419-SC; 04-2425-SC; 04-2433-SC; 04-2474-SC; 04-2514-SC; 04-2525-SC; and 04-2570-SC | STIPULATION TO EXTEND TIME TO SUBMIT STIPULATION RE CONFIDENTIALITY; [PROPOSED] ORDER |

1    WHEREAS, pursuant to the schedule set forth in the Joint Case Management Statement

2    and [Proposed] Order, which was adopted by the Court on September 16, 2005, the parties were

3    to submit a Stipulation and [Proposed] Order governing the production of confidential

4    documents and other materials in the case by September 30, 2005;

5    WHEREAS, Lead Counsel for Plaintiffs and Counsel for Defendants have agreed to

6    extend the time within which to submit said Stipulation;

7    THEREFORE, the parties to this action, by and through their attorneys, hereby

8    STIPULATE AND AGREE, subject to approval of the Court, that Defendants shall have until

9    and including October 14, 2005 to submit the Stipulation and [Proposed] Order re

10   Confidentiality.

11   Dated:  September 29, 2005               WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

12

13

14   By: /s/ Jenny L. Dixon
                                                  JENNY L. DIXON

15                                            Attorneys for Defendants OMNIVISION
                                              TECHNOLOGIES, INC., SHAW HONG,
16                                            RAYMOND WU, H. GENE McCOWN and
                                              JOHN T. ROSSI

17

18   Dated:  September 29, 2005               MILBERG WEISS BERSHAD &
                                              SCHULMAN LLP

19

20   By: /s/ Elizabeth P. Lin
                                                  ELIZABETH P. LIN

21
                                              355 S. Grand Avenue, Suite 4170
22                                            Los Angeles, CA 90071
                                              Telephone: (213) 617-1200
23                                            Facsimile: (213) 617-1975

24                                            Lead Counsel for Plaintiffs

25

26

27

28

1    I, Jenny L. Dixon, am the ECF User whose identification and password are being used to

2  file this STIPULATION TO EXTEND TIME TO SUBMIT STIPULATION AND PROPOSED

3  ORDER RE CONFIDENTIALITY; [PROPOSED] ORDER.  In compliance with General Order

4  45.X.B, I hereby attest that Elizabeth P. Lin has concurred in this filing.

5
                                                    By: /s/ Jenny L. Dixon
6                                                          JENNY L. DIXON

7

8    **IT IS SO ORDERED**:

9    Pursuant to the parties' stipulation, the Court hereby orders: the parties shall have until

10  and including October 14, 2005 to submit the Stipulation and [Proposed] Order re

11  Confidentiality.

12

13

14  Dated: _____9/29/05_____



15

16

17

18

19

20

21

22

23

24

25

26

27

28