1  DOUGLAS J. CLARK, State Bar No. 171499
   JARED L. KOPEL, State Bar No. 126817
2  CAMERON P. HOFFMAN, State Bar No. 229316
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100

6  JENNY L. DIXON, State Bar No. 192638
   CLAUDIA MAIN, State Bar No. 212200
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  One Market Street, Spear Tower, Suite 3300
   San Francisco, CA 94105
9  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
10
   Attorneys for Defendants
11 OMNIVISION TECHNOLOGIES, INC.,
   SHAW HONG, RAYMOND WU, H. GENE
12 McCOWN and JOHN T. ROSSI

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15  In re OMNIVISION TECHNOLOGIES, INC.    )   MASTER FILE NO.: C-04-2297 SC
                                           )
16                                         )
                                           )   STIPULATION RE
17                                         )   CONFIDENTIALITY ORDER;
                                           )   [PROPOSED] ORDER
18  ─────────────────────────────────────  )
    This Document Relates To:              )
19  CASE NOS. 04-2297-SC; 04-2298-SC; 04-2385- )
    SC; 04-2410-SC; 04-2419-SC; 04-2425-SC; 04- )
20  2433-SC; 04-2474-SC; 04-2514-SC; 04-2525-  )
    SC; and 04-2570-SC                     )
21                                         )
                                           )
22  ─────────────────────────────────────  )

1  WHEREAS, pursuant to the parties' stipulation and the Court's Order thereon dated
2  September 29, 2005, the parties were to submit a Stipulation and [Proposed] Order governing the
3  production of confidential documents and other materials in the case by October 14, 2005;

4  WHEREAS, Lead Counsel for Plaintiffs and Counsel for Defendants continue to
5  negotiate the terms of said Stipulation;

6  WHEREAS, counsel has agreed that the parties will either submit said Stipulation or
7  make a motion for entry of an order governing the production of confidential documents and
8  other materials in the near future.

9  NOW THEREFORE, the parties to this action, by and through their attorneys, hereby
10 STIPULATE AND AGREE that the October 14, 2005 date for filing the Stipulation governing
11 confidentiality shall be taken off calendar, and the parties will submit the Stipulation and
12 [Proposed] Order re Confidentiality or make a motion for entry of an order governing the
13 production of confidential documents in the near future.

Dated: October 14, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jenny L. Dixon
    JENNY L. DIXON

Attorneys for Defendants OMNIVISION TECHNOLOGIES, INC., SHAW HONG, RAYMOND WU, H. GENE McCOWN and JOHN T. ROSSI

Dated: October 14, 2005

MILBERG WEISS BERSHAD & SCHULMAN LLP

By: /s/ Elizabeth P. Lin
    ELIZABETH P. LIN

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

STIP RE CONFIDENTIALITY ORDER
MASTER FILE NO. 04-2297-SC                    2                    C:\NrPortbl\PALIB1\CAJ\2744400_1.DOC

1  I, Jenny L. Dixon, am the ECF User whose identification and password are being used to file this STIPULATION RE CONFIDENTIALITY ORDER; [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that Elizabeth P. Lin has concurred in this filing.

By: /s/ Jenny L. Dixon
JENNY L. DIXON

**IT IS SO ORDERED**:

Pursuant to the parties' stipulation, the Court hereby orders that the October 14, 2005 date for filing the Stipulation governing confidentiality shall be taken off calendar, and the parties will submit the Stipulation and [Proposed] Order re Confidentiality or make a motion for entry of an order governing the production of confidential documents in the near future.

Dated:  10/19/05



STIP RE CONFIDENTIALITY ORDER
MASTER FILE NO. 04-2297-SC                            3                   C:\NrPortbl\PALIB1\CAJ\2744400_1.DOC