DOUGLAS J. CLARK, State Bar No. 171499 (dclark@wsgr.com)
JARED L. KOPEL, State Bar No. 126817 (jkopel@wsgr.com)
KELLEY E. MOOHR, State Bar No. 216823 (kmoohr@wsgr.com)
CAMERON P. HOFFMAN, State Bar No. 229316 (choffman@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

JENNY L. DIXON, State Bar No. 192638 (jldixon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, RAYMOND WU,
H. GENE McCOWN and JOHN T. ROSSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.:  C-04-2297 SC (JCS) |
| | CLASS ACTION |
| This Document Relates To:  04-2297-SC (*Vince*); 04-2298–SC (*Campagnuola*); 04-2385-SC (*Greenfield*); 04-2410-SC (*Paul Lee Associates LLC*); 04-2419-SC (*McMillan*); 04-2425-SC (*Cheung*); 04-2433-SC (*Gamero*); 04-2474-SC (*Van Waay*); 04-2514-SC (*Glantz*); 04-2525-SC (*Starr*); 04-2570-SC (*Jewell*); and 04-4350-SC (*Schroeder*). | **STIPULATION AND [PROPOSED] ORDER MOVING TRIAL SETTING CONFERENCE** |

**STIPULATION**

1 

2    WHEREAS, pursuant to Court's Order dated May 25, 2006, a Trial Setting Conference has been set in the above-captioned matter for June 9, 2006, at 10:00 a.m.;

WHEREAS, Lead Counsel for Plaintiffs is unavailable on June 9, 2006 due to scheduling conflicts with another matter;

WHEREAS, Lead Counsel for Plaintiffs and counsel for Defendants have met and conferred regarding scheduling of the Trial Setting Conference.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE that the June 9, 2006 Trial Setting Conference shall be moved by one week to June 16, 2006, at 10:00 a.m. or such other date and time as the Court deems appropriate.

Dated:  May 30, 2006               WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By: /s/ Kelley E. Moohr
                                        KELLEY E. MOOHR

                                   Attorneys for Defendants OMNIVISION
                                   TECHNOLOGIES, INC., SHAW HONG,
                                   RAYMOND WU, H. GENE McCOWN and
                                   JOHN T. ROSSI

Dated:  May 30, 2006               MILBERG WEISS BERSHAD &
                                   SCHULMAN LLP


                                   By: /s/Cheryl Williams
                                        CHERYL WILLIAMS

                                   355 S. Grand Avenue, Suite 4170
                                   Los Angeles, CA 90071
                                   Telephone: (213) 617-1200
                                   Facsimile: (213) 617-1975

                                   Lead Counsel for Plaintiffs

1 **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, the Court hereby orders that the June 9, 2006 Trial
3  Setting Conference shall be moved to June 16, 2006 at 10:00 a.m. or such other date and time as
4  the Court deems appropriate.

6  **IT IS SO ORDERED**.

9  Dated: May 31, 2006



STIPULATION & [PROPOSED] ORDER RE TRIAL SETTING CONFERENCE
MASTER FILE NO.:  C-04-2297 SC (JCS)

-2-

2889328_1.DOC

1  I, Kelley E. Moohr, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Moving Trial Setting Conference.  In compliance with General Order 45.X.B, I hereby attest that Cheryl Williams has concurred in this filing.

Dated: May 30, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/Kelley E. Moohr
      Kelley E. Moohr

Attorneys for Defendants