DOUGLAS J. CLARK, State Bar No. 171499 (dclark@wsgr.com)
JARED L. KOPEL, State Bar No. 126817 (jkopel@wsgr.com)
KELLEY E. MOOHR, State Bar No. 216823 (kmoohr@wsgr.com)
CAMERON P. HOFFMAN, State Bar No. 229316 (choffman@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

JENNY L. DIXON, State Bar No. 192638 (jldixon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, RAYMOND WU,
H. GENE McCOWN and JOHN T. ROSSI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.:  C-04-2297 SC (JCS) |
| | CLASS ACTION |
| This Document Relates To:  04-2297-SC (*Vince*); 04-2298–SC (*Campagnuola*); 04-2385-SC (*Greenfield*); 04-2410-SC (*Paul Lee Associates LLC*); 04-2419-SC (*McMillan*); 04-2425-SC (*Cheung*); 04-2433-SC (*Gamero*); 04-2474-SC (*Van Waay*); 04-2514-SC (*Glantz*); 04-2525-SC (*Starr*); 04-2570-SC (*Jewell*); and 04-4350-SC (*Schroeder*). | **STIPULATION AND ORDER RE SCHEDULED COURT DATES AND DISCOVERY MATTERS** |

## STIPULATION

WHEREAS, the parties have agreed that discussions concerning possible settlement have reached a point whereby it is in the parties' best interests to defer upcoming scheduled court dates and discovery matters for a two week period ending on October 13, 2006;

WHEREAS, the parties hereby agree that Lead Plaintiffs' Motion for Class Certification and Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff, currently scheduled for hearing on October 13, 2006 shall be continued to November 17, 2006 at 10:00 a.m., and the parties jointly request that the Court defer ruling on these motions until the rescheduled date;

WHEREAS, the time for Defendants to file their Opposition to Plaintiffs' Motion for Letter of Request for International Judicial Assistance shall be extended as the parties may agree;

WHEREAS, the parties agree that all depositions scheduled between October 2, 2006 and October 13, 2006 shall be rescheduled for mutually agreeable dates, if necessary, after October 16, 2006;

WHEREAS, the parties agree that the remaining portion of Defendants' electronic document production, consisting of privileged, redacted, and unviewable material, shall be deferred until after October 13, 2006; and

WHEREAS, the parties agree that the deadlines for exchange of expert reports will be deferred to mutually agreeable dates, with the understanding that the deposition of Gary Chen will be scheduled sufficiently in advance of submission of expert reports in this matter.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE that upcoming scheduled court dates and discovery matters be deferred for a two week period ending on October 13, 2006.

1.      Lead Plaintiffs' Motion for Class Certification and Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff shall be continued, subject to Court approval, to November 17, 2006 at 10:00 a.m.;

2.      The time for Defendants to file their Opposition to Plaintiffs' Motion for Letter of Request for International Judicial Assistance shall be extended as the parties may agree; and

3.      Discovery matters, including depositions, document production, and the exchange of expert reports shall be continued to mutually agreeable dates to commence after October 16, 2006.

Dated:  October 4, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:  /s/ Jenny L. Dixon_____
                                                JENNY L. DIXON

                                           Attorneys for Defendants OMNIVISION
                                           TECHNOLOGIES, INC., SHAW HONG,
                                           RAYMOND WU, H. GENE McCOWN and
                                           JOHN T. ROSSI


Dated:  October 4, 2006                    MILBERG WEISS BERSHAD &
                                           SCHULMAN LLP


                                           By: /s/ Jeff S. Westerman_____
                                                JEFF S. WESTERMAN

                                           355 S. Grand Avenue, Suite 4170
                                           Los Angeles, CA 90071
                                           Telephone: (213) 617-1200
                                           Facsimile: (213) 617-1975

                                           Lead Counsel for Plaintiffs

# ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the upcoming scheduled court dates and discovery matters be deferred for a two week period ending on October 13, 2006.

1.      Lead Plaintiffs' Motion for Class Certification and Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff shall be continued to November 17, 2006 at 10:00 a.m. or such date and time that the Court deems appropriate.

2.      The time for Defendants to file their Opposition to Plaintiffs' Motion for Letter of Request for International Judicial Assistance shall be extended as the parties may agree.

3.      Discovery matters, including depositions, document production, and the exchange of expert reports shall be continued to mutually agreeable dates to commence after October 16, 2006.  Subject to #1 below.

**IT IS SO ORDERED**.

Dated: October 6, 2006

_____
Samuel Conti
United States District Judge

#1 **IT IS FURTHER ORDERED** the following dates remain in effect:  February 16, 2007 – Last Date Motions Will Be Heard; March 2, 2007 – Pretrial Conference; and March 19, 2007 – Trial.

I, Jenny L. Dixon, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Moving Trial Setting Conference.  In compliance with General Order 45.X.B, I hereby attest that Jeff S. Westerman has concurred in this filing.


Dated:  October 4, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Jenny L. Dixon
      Jenny L. Dixon

Attorneys for Defendants