DOUGLAS J. CLARK, State Bar No. 171499 (dclark@wsgr.com)
JARED L. KOPEL, State Bar No. 126817 (jkopel@wsgr.com)
KELLEY E. MOOHR, State Bar No. 216823 (kmoohr@wsgr.com)
CAMERON P. HOFFMAN, State Bar No. 229316 (choffman@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

JENNY L. DIXON, State Bar No. 192638 (jldixon@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
OMNIVISION TECHNOLOGIES, INC.,
SHAW HONG, RAYMOND WU,
H. GENE McCOWN and JOHN T. ROSSI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.: C-04-2297 SC (JCS) <br><br> CLASS ACTION |
| This Document Relates To: 04-2297-SC (*Vince*); 04-2298–SC (*Campagnuola*); 04-2385-SC (*Greenfield*); 04-2410-SC (*Paul Lee Associates LLC*); 04-2419-SC (*McMillan*); 04-2425-SC (*Cheung*); 04-2433-SC (*Gamero*); 04-2474-SC (*Van Waay*); 04-2514-SC (*Glantz*); 04-2525-SC (*Starr*); 04-2570-SC (*Jewell*); and 04-4350-SC (*Schroeder*). | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF PLAINTIFFS' MOTION FOR LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

**STIPULATION**

WHEREAS, the parties continue to discuss a possible settlement;

WHEREAS, the parties hereby agree that Plaintiffs' Motion for Letter of Request for International Judicial Assistance Motion for Class Certification, currently scheduled for hearing on November 17, 2006 at 10:00 a.m., shall be continued to December 1, 2006 at 10:00 a.m.; and

WHEREAS, the parties understand that, pursuant to the Court's Order dated October 6, 2006, said continuance will not impact the following dates: February 16, 2007-- Last Date Motions Will Be Heard; March 2, 2007 - Pretrial Conference; and March 19, 2007 -- Trial.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE that:

1. Plaintiffs' Motion for Letter of Request for International Judicial Assistance shall be continued, subject to Court approval, to December 1, 2006 at 10:00 a.m.

Dated: October 26, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jenny L. Dixon
JENNY L. DIXON

Attorneys for Defendants OMNIVISION TECHNOLOGIES, INC., SHAW HONG, RAYMOND WU, H. GENE McCOWN and JOHN T. ROSSI

Dated: October 26, 2006

MILBERG WEISS BERSHAD & SCHULMAN LLP

By: /s/ Cheryl Williams
CHERYL WILLIAMS

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that Plaintiffs' Motion for Letter of Request for International Judicial Assistance shall be continued to December 1, 2006 at 10:00 a.m. or such date and time that the Court deems appropriate.

IT IS FURTHER ORDERED THAT said continuance will not impact the following scheduled dates: February 16, 2007 -- Last Date Motions Will Be Heard; March 2, 2007 - Pretrial Conference; and March 19, 2007 -- Trial.

**IT IS SO ORDERED**.

Dated: __October 30, 2006_____



_____
Sam
United                    ge

STIPULATION & [PROPOSED] ORDER RE CONT. OF
PLTFS.' MOT. FOR LETTER OF REQUEST          -2-                                   2978678_1.DOC
MASTER FILE NO.: C-04-2297 SC (JCS)

I, Jenny L. Dixon, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Moving Trial Setting Conference. In compliance with General Order 45.X.B, I hereby attest that Cheryl Williams has concurred in this filing.

Dated: October 26, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jenny L. Dixon
      Jenny L. Dixon

Attorneys for Defendants

STIPULATION & [PROPOSED] ORDER RE CONT. OF PLTFS.' MOT. FOR LETTER OF REQUEST
MASTER FILE NO.: C-04-2297 SC (JCS)

-3-

2978678_1.DOC