```
 1  MILBERG WEISS BERSHAD
       & SCHULMAN LLP
 2  JEFF S. WESTERMAN (94559)
    CHERYL A. WILLIAMS (193532)
 3  MICHIYO MICHELLE FURUKAWA (234121)
    One California Plaza
 4  300 South Grand Avenue, Suite 3900
    Los Angeles, CA  90071
 5  Telephone: (213) 617-1200
    Facsimile:  (213) 617-1975
 6
    Lead Counsel for Plaintiffs
 7
    GIRARD GIBBS LLP
 8  DANIEL C. GIRARD (SBN 114826)
    JONATHAN K. LEVINE (SBN 220289)
 9  AARON M. SHEANIN (SBN 214472)
    601 California Street, Suite 1400
10  San Francisco, CA  94108
    Telephone: (415) 981-4800
11  Facsimile:  (415) 981-4846

12  Local Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>OMNIVISION TECHNOLOGIES, INC.,<br><br>This Document Relates To:<br><br>CASE NOS. 04-2297-SC; 04-2298-SC; 04-2385-SC; 04-2410-SC; 04-2419-SC; 04-2425-SC; 04-2433-SC; 04-2474-SC; 04-2514-SC; 04-2525-SC; 04-2570-SC; and 04-4350-SC | Master File No. C-04-2297 SC<br><br>CLASS ACTION<br><br>NOTICE TO COURT OF (1) SETTLEMENT IN PRINCIPLE; AND (2) STIPULATION AND [PROPOSED] ORDER RE PENDING MOTIONS |

STIPULATION & [PROPOSED] ORDER RE PENDING MOTIONS
Case No. C-04-2297 SC
DOCS\384995v1

## STIPULATION

The parties have reached an agreement in principle to settle this action and are in the process of preparing settlement documents. There are three motions currently on file in this action and two of them are submitted. The parties request that the three motions be handled as follows:

1. The parties hereby request that the Court defer ruling on Lead Plaintiffs' Motion for Class Certification, currently under submission, because class certification will be addressed by agreement in the motions for preliminary and final approval of the settlement.

2. The parties hereby request that the Court rule on Lead Plaintiffs' unopposed Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff, also currently under submission.

3. The parties hereby agree that Lead Plaintiffs' Motion for Letter of Request for International Judicial Assistance, currently scheduled for hearing on December 1, 2006, be taken off calendar.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE as follows:

1. The ruling on Lead Plaintiffs' Motion for Class Certification shall be deferred, pending submission of the motion for preliminary approval of the settlement;

2. Lead Plaintiffs' unopposed Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff shall proceed as currently submitted;

3. Lead Plaintiffs' Motion for Letter of Request for International Judicial Assistance set for hearing on December 1, 2006 shall be taken off calendar.

DATED: November 22, 2006
                    MILBERG WEISS BERSHAD
                        & SCHULMAN LLP
                    JEFF S. WESTERMAN
                    CHERYL A. WILLIAMS
                    MICHIYO MICHELLE FURUKAWA

                    */s/ Cheryl A. Williams*
                    CHERYL A. WILLIAMS

STIPULATION & [PROPOSED] ORDER RE PENDING MOTIONS
CASE NO. C-04-04362 MJJ
DOCS\384995v1

- 1 -

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Plaintiffs

DATED: November 22, 2006

WILSON SONSINI GOODRICH
  & ROSATI
DOUGLAS J. CLARK
JARED L. KOPEL
CAMERON P. HOFFMAN
KELLEY E. MOOHR

           */s/ Kelley E. Moohr*
           KELLEY E. MOOHR

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendants OMNIVISION
TECHNOLOGIES, INC., SHAW HONG,
RAYMOND WU, H. GENE McCOWN and
JOHN T. ROSSI

---

STIPULATION & [PROPOSED] ORDER RE PENDING MOTIONS
CASE NO. C-04-04362 MJJ

- 2 -

DOCS\384995v1

\* \* \*

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. The ruling on Lead Plaintiffs' Motion for Class Certification shall be deferred until submission of the motion for preliminary approval of the settlement.

2. Lead Plaintiffs' Motion to Withdraw Plaintiff Anthony P. Broccoli as Lead Plaintiff shall proceed as currently submitted.

3. Lead Plaintiffs' Motion for Letter of Request for International Judicial Assistance set for December 1, 2006 is off calendar.

DATED: 11/27/06

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on November 22, 2006, declarant served the NOTICE TO COURT OF (1) SETTLEMENT IN PRINCIPLE; AND (2) STIPULATION AND [PROPOSED] ORDER RE PENDING MOTIONS by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of November, 2006, at Los Angeles, California.

*/s/ Ann Marie Genovese*
ANN MARIE GENOVESE

STIPULATION & [PROPOSED] ORDER RE PENDING MOTIONS
CASE NO. C-04-04362 MJJ

- 4 -

DOCS\384995v1

# OMNIVISION
# SERVICE LIST

*Counsel for Plaintiffs*

| | |
|---|---|
| Jeff S. Westerman<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA  90071<br>Telephone:  (213) 617-1200<br>Facsimile:  (213) 617-1975 | Eric T. Chaffin<br>Rick M. Barreca<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY  10004<br>Telephone:  (212) 584-0700<br>Facsimile:  (212) 584-0799 |
| Daniel C. Girard<br>Jonathan K. Levine<br>Aaron M. Sheanin<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA  94108<br>Telephone:  (415) 981-4800<br>Facsimile:  (415) 981-4846 | Charles J. Piven<br>BROWER PIVEN, A PROFESSIONAL ASSOCIATION<br>The World Trade Center-Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, Maryland 21202<br>Telephone: (410) 332-0030<br>Facsimile:  (410) 685-1300 |
| Thomas J. McKenna<br>GAINEY & MCKENNA<br>295 Madison Avenue<br>Fourth Floor<br>New York, NY 10017<br>Telephone:  (212) 983-1300<br>Facsimile:  (212) 983-0383 | |

*Counsel for Defendants*

| | |
|---|---|
| Jenny L. Dixon<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market, Spear Tower, Suite 3300<br>San Francisco , CA  94105<br>Telephone:  (415) 947-2000<br>Facsimile:  (415) 947-2099 | Douglas J. Clark<br>Jared L. Kopel<br>Cameron P. Hoffman<br>Kelley E. Moohr<br>WILSON SONSINI GOODRICH<br>  & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 493-6811 |

*Attorney for Omnivision Technologies, Inc., Shaw Hong, John T. Rossi, H. Gene McCown, and Raymond Wu.*

STIPULATION & [PROPOSED] ORDER RE PENDING MOTIONS
CASE NO.  C-04-04362 MJJ

- 5 -

DOCS\384995v1