MILBERG WEISS & BERSHAD LLP
JEFF S. WESTERMAN (94559)
CHERYL A. WILLIAMS (193532)
MICHIYO MICHELLE FURUKAWA (234121)
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

Lead Counsel for Plaintiffs

GIRARD GIBBS LLP
DANIEL C. GIRARD (SBN 114826)
JONATHAN K. LEVINE (SBN 220289)
AARON M. SHEANIN (SBN 214472)
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Local Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>OMNIVISION TECHNOLOGIES, INC.,<br><br>_____<br>This Document Relates To:<br><br>CASE NOS. 04-2297-SC; 04-2298-SC; 04-2385-SC; 04-2410-SC; 04-2419-SC; 04-2425-SC; 04-2433-SC; 04-2474-SC; 04-2514-SC; 04-2525-SC; 04-2570-SC; and 04-4350-SC<br>_____ | Master File No. C-04-2297 SC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RE UPCOMING DISCOVERY AND TRIAL DATES |

STIPULATION & [PROPOSED] ORDER RE UPCOMING DISCOVERY & TRIAL DATES
Case No. C-04-2297 SC

**STIPULATION**

As the Court was notified on November 22, 2006, the parties reached an agreement in principle to settle this action.  The parties are currently finalizing settlement documents.  In light of the settlement reached between the parties, the parties request that all upcoming discovery and trial deadlines scheduled in this case be taken off calendar pending completion of the settlement, including the following:

1.      January 19, 2007 - Discovery cut-off (including fact discovery and expert discovery);

2.      February 16, 2007 - Last hearing date for motions;

3.      March 2, 2007 - Pretrial conference, 10:00 a.m.; and

4.      March 19, 2007 - Trial, 9:30 am.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE that the following discovery and trial deadlines scheduled in this case be taken off calendar:

1.      January 19, 2007 - Discovery cut-off (including fact discovery and expert discovery);

2.      February 16, 2007 - Last hearing date for motions;

3.      March 2, 2007 - Pretrial conference, 10:00 a.m.; and

4.      March 19, 2007 - Trial, 9:30 am.

DATED:  January 10, 2007                         MILBERG WEISS & BERSHAD LLP
                                                 JEFF S. WESTERMAN
                                                 CHERYL A. WILLIAMS
                                                 MICHIYO MICHELLE FURUKAWA


                                                 _____/s/ Cheryl A. Williams_____
                                                 CHERYL A. WILLIAMS

                                                 One California Plaza
                                                 300 S. Grand Avenue, Suite 3900
                                                 Los Angeles, CA  90071
                                                 Telephone:  (213) 617-1200
                                                 Facsimile:   (213) 617-1975

                                                 Lead Counsel for Plaintiffs

1   DATED:  January 10, 2007

2

3

4

5

6

7

8

9

10

WILSON SONSINI GOODRICH
  & ROSATI
JENNY L. DIXON


            /s/ Jenny L. Dixon
            JENNY L. DIXON

One Market, Spear Tower, Suite 3300
San Francisco , CA  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendants OMNIVISION
TECHNOLOGIES, INC., SHAW HONG,
RAYMOND WU, H. GENE McCOWN and
JOHN T. ROSSI

11                              *       *       *

12                              **ORDER**

13       Pursuant to the parties' stipulation, the Court hereby orders as follows:

14       1.    The January 19, 2007 fact and expert discovery cutoff is off calendar.

15

16       2.    The February 16, 2007 deadline to hear any motions is off calendar.

17       3.    The March 2, 2007 Pretrial Conference is off calendar.

18       4.    The March 19, 2007 Trial date is off calendar.

19

20

21   DATED:    1/10/07                              THE _____ CONTI
                                                    UNITED _____ JUDGE

22

23

24

25

26

27

28

**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2.      That on January 10, 2007, declarant served the STIPULATION AND [PROPOSED] ORDER RE UPCOMING DISCOVERY AND TRIAL DATES by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

4.      That on the above date, declarant served via e-mail to:  scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of January, 2007 at Los Angeles, California.


_____
            */s/ Faith Farina*
            FAITH FARINA

1

**OMNIVISION
SERVICE LIST**

2

3    *Counsel for Plaintiffs*

4    Jeff S. Westerman                          Eric T. Chaffin
     Cheryl A. Williams                         Rick M. Barreca
5    Michiyo Michelle Furukawa                  SEEGER WEISS LLP
     MILBERG WEISS & BERSHAD LLP                One William Street
6    One California Plaza                       New York, NY  10004
     300 S. Grand Avenue, Suite 3900            Telephone:  (212) 584-0700
7    Los Angeles, CA  90071                     Facsimile:   (212) 584-0799
     Telephone:  (213) 617-1200
8    Facsimile:   (213) 617-1975

9    Daniel C. Girard                           Charles J. Piven
     Jonathan K. Levine                         BROWER PIVEN,
10   Aaron M. Sheanin                            A PROFESSIONAL ASSOCIATION
     GIRARD GIBBS LLP                           The World Trade Center-Baltimore
11   601 California Street, Suite 1400          401 E. Pratt Street, Suite 2525
     San Francisco, CA  94108                   Baltimore, Maryland 21202
12   Telephone:  (415) 981-4800                 Telephone:  (410) 332-0030
     Facsimile:   (415) 981-4846                Facsimile:   (410) 685-1300

13

14   Thomas J. McKenna
     GAINEY & MCKENNA
15   295 Madison Avenue
     Fourth Floor
16   New York, NY 10017
     Telephone:  (212) 983-1300
17   Facsimile:   (212) 983-0383

18   *Counsel for Defendants*

19   Jenny L. Dixon                             Douglas J. Clark
     WILSON SONSINI GOODRICH & ROSATI           Jared L. Kopel
20   One Market, Spear Tower, Suite 3300        Cameron P. Hoffman
     San Francisco , CA  94105                  Kelley E. Moohr
21   Telephone:  (415) 947-2000                 WILSON SONSINI GOODRICH
     Facsimile:   (415) 947-2099                 & ROSATI
22                                              650 Page Mill Road
                                                Palo Alto, CA  94304-1050
23                                              Telephone:  (650) 493-9300
                                                Facsimile:   (650) 493-6811
24

25   *Attorney for Omnivision Technologies, Inc.,
     Shaw Hong, John T. Rossi, H. Gene McCown,
26   and Raymond Wu.*

27

28